NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
wadams@nmalawfirm.com
501 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 233-8200
Fax: (619) 393-0461

**Attorney for Defendants:**
Coastline Partners, LLC and
Getty Leasing, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford, an individual, | **Case No. 5:18-cv-01123-ODW-RAO** |
| Plaintiff, | **Complaint Filed: May 25, 2018** |
| v. | |
| Coastline Partners, LLC; Getty Leasing, Inc., a Delaware corporation; and Does 1-10, inclusive. | **DEFENDANTS COASTLINE PARTNERS, LLC AND GETTY LEASING, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| Defendants. | FRCP Rule 56 |
| | Date: October 22, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Judge: Hon. Otis D. Wright |

**1**
Defendants' Notice of and Motion for Summary Judgment
(**5:18-cv-01123-ODW-RAO**)

**TO ALL PARTIES and THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 p.m. on October 22, 2018 in Courtroom 5D of the United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, California, the Honorable Judge Otis D. Wright presiding, Defendants Coastline Partners, LLC and Getty Leasing (hereinafter, collectively "Defendants") will and hereby does move this Court for issuance of an Order for Summary Judgment in favor of Defendants in the above-captioned lawsuit.

This motion is made in compliance with L.R. 7-3. Defendants' attorney requested to meet and confer on August 23, 2018, Sept. 7, 2018 and Sept. 10, 2018 but Plaintiff's counsel refused each request.

Defendant's motion will be and is based upon the legal contentions that:

1. Plaintiff's federal claim has been rendered moot by Defendants' modification of the property.
2. There is no case or controversy for which the Court can provide remedy, and so Plaintiff does not have Article III standing.

Defendant's motion to dismiss will be and is based upon this notice of motion and motion, Defendant's memorandum of points and authorities (filed concurrently), Defendant's separate statement of uncontroverted facts and conclusions of law (filed concurrently), Defendant's request for judicial notice (filed concurrently), William Adams declaration (filed concurrently), Defendant's exhibits (filed concurrently),

///

///

NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, California 92101
Ph: (619) 233-8200
wadams@nmalawfirm.com

Defendant's reply brief and supporting pleadings (to be filed at a later date), and any additional argument and evidence which this Court chooses to entertain at the time of hearing on this motion.

Date: September 14, 2018        **NORTON MOORE & ADAMS LLP**

By: /s/William Adams_____

William A. Adams
Attorney for Defendants
Coastline Partners, LLC and
Getty Leasing, Inc.

NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, California 92101
Ph: (619) 233-8200
wadams@nmalawfirm.com

**3**
Defendants' Notice of and Motion for Summary Judgment
(**5:18-cv-01123-ODW-RAO**)