1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br>v.<br><br>COASTLINE PARTNERS, LLC; GETTY LEADING, INC., a Delaware Corporation, and DOES 1-10 inclusive,<br>Defendants. | Case No.. 5:18-cv-01123-ODW-RAO<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION**<br><br>**Date:** October 29, 2018<br>**Time:** 1:30 p.m.<br>**Ctrm:** 5D<br><br>Honorable Judge Otis D. Wright, II |

Defendant Coastline Partners, LLC and Getty Leading, Inc.'s ("Defendant") Motion to for Partial Summary Judgment ("Motion") came on for hearing on October 5, 2018, at 1:30 pm in the above-entitled Court. After considering the

1

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION

moving and opposing papers, the evidence, and the arguments of counsel, the Court **DENIES** Defendant's motion.

**IT IS SO ORDERED.**

DATED:

                                      HON. OTIS D. WRIGHT II
                                UNITED STATES DISTRICT COURT JUDGE